UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**VIOLA ADAMS**   **PLAINTIFF**
versus   Civil Action No. 4:18cv27-SA-JMV
**MERITOR, INC., ET AL.**   **DEFENDANTS**

**RAVEN BRADY, ET AL.**   **PLAINTIFFS**
versus   Civil Action No. 4:18cv28-DMB-JMV
**MERITOR, INC., ET AL.**   **DEFENDANTS**

**FRED BROWN**   **PLAINTIFF**
versus   Civil Action No. 4:18cv37-DMB-JMV
**MERITOR, INC., ET AL.**   **DEFENDANTS**

**JAMES CONLEY**   **PLAINTIFF**
versus   Civil Action No. 4:18cv39-DMB-JMV
**MERITOR, INC., ET AL.**   **DEFENDANTS**

**LADONNAL CURRY**   **PLAINTIFF**
versus   Civil Action No. 4:18cv34-MPM-JMV
**MERITOR, INC., ET AL.**   **DEFENDANTS**

**DENISE HARRIS**   **PLAINTIFF**
versus   Civil Action No. 4:18cv36-DMB-JMV
**MERITOR, INC., ET AL.**   **DEFENDANTS**

**LESTER HERROD**   **PLAINTIFF**
versus   Civil Action No. 4:18cv40-DMB-JMV
**MERITOR, INC., ET AL.**   **DEFENDANTS**

**BARBARA HOLMES**   **PLAINTIFF**
versus   Civil Action No. 4:18cv152-DMB-JMV
**MERITOR, INC., ET AL.**   **DEFENDANTS**

**DEBBIE HUBBARD**   **PLAINTIFF**
versus   Civil Action No. 4:18cv29-MPM-JMV
**MERITOR, INC., ET AL.**   **DEFENDANTS**

**LASHERRY IRBY**   **PLAINTIFF**
versus   Civil Action No. 4:18cv88-DMB-JMV
**MERITOR, INC., ET AL.**   **DEFENDANTS**

**BOSTON LEON JOHNSON**   **PLAINTIFF**
versus   Civil Action No. 4:18cv41-DMB-JMV

| | |
|---|---|
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| **CURTIS KINCAID** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv30-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| **JO ELLEN KINCAID** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv32-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| **CHARLIE MACK** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv42-GHD-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| **PRISCILLA MCAFEE** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv33-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| **JOHN PARKER** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv43-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| **BETTY J. PHILLIPS** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv97-MPM-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| **MARY SINGLETON** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv31-MPM-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| **JOHNNIE AND JERRY WILLIAMS** | **PLAINTIFFS** |
| versus | Civil Action No. 4:18cv35-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| **EARLINE WILLIS** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv44-MPM-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |

### SCIENCE DAY ORDER

The Court will hold a "Science Day" for the parties to provide the Court with an overview of general environmental, scientific, medical and other issues related to the Court's docket arising

260801.1

out of the Grenada plant personal injury/wrongful death litigation.[1] The parties have agreed to the following ground rules for Science Day in order to educate the Court on these issues in a non-adversarial manner:

    1.    Each side (Plaintiffs and Defendants) shall make presentations to the Court. The presentations shall be made by each side's respective experts, in an objective lecture format without advocacy, without a discussion of the specific facts or chemical substances at issue in this litigation and without providing any specific opinion relating to this case. The attorneys shall not question or cross-examine the experts but may offer suggestions to the Court that the experts cover certain matters should questions arise during the presentations. The Court may ask questions of the parties' experts during or after each presentation, and also may ask questions of any expert at the close of all parties' presentations.

    2.    Each side shall be allotted two and one-half hours for their presentation. The personal injury/wrongful death presentations shall be done with Defendants' experts going first, followed by Plaintiffs' experts.

    3.    The presentations may incorporate the use of PowerPoints or other demonstrative aids. The parties shall exchange either an outline of the topics to be addressed during their presentations or their PowerPoint/demonstrative presentations seven (7) calendar days before Science Day. If a side has changes to its presentations after receipt and review of the other side's presentations, any changes shall be submitted to the other side at least forty-eight (48) hours before the commencement of Science Day. The Federal Rules of Evidence will not be enforced during the presentations or during any questioning by the Court of the experts.

---

[1] The Court has concluded that a presentation is unnecessary to address issues related to claims for property damage only.

260801.1

4. Because the Science Day presentations are purely for the Court's benefit to gather background scientific information, Science Day presentations shall be "off the record," closed to the public and to any persons other than the parties, admitted counsel of record for the parties, the parties' experts who will make the presentations, and court staff. No recording of the presentations by the parties or telephonic access by unapproved individuals will be permitted. A court reporter will be present for the purpose of transcribing the presentations for the Court's internal use only. The Court will be permitted to retain for its own internal records the transcript and outlines or PowerPoints of each presenter.

5. The PowerPoints, outlines, demonstrative aides, presentations, and any statements made by any expert or by counsel during Science Day shall not be discoverable, admissible, used in any fashion for impeachment purposes or for collateral attack on any presenter expert or other witnesses, shall not be shared beyond the instant litigation, and shall not be used for any purpose other than for this Court's benefit to gather informal knowledge at Science Day. The participation of any expert in Science Day shall not be an independent basis for subjecting them to discovery and shall not waive any consulting expert privilege. No party shall conduct discovery on the presenting experts regarding their presentations or Science Day itself, whether or not later designated as a testifying expert.

6. Science Day will be held before the Court beginning at 9 a.m. on the 14th day of January, 2019.

**SO ORDERED**, this 19th day of November, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

260801.1