| | |
|---|---|
| **VIOLA ADAMS** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv27-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **RAVEN BRADY, ET AL.** | **PLAINTIFFS** |
| versus | Civil Action No. 4:18cv28-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **FRED BROWN** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv37-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **JAMES CONLEY** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv39-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **LADONNAL CURRY** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv34-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **DENISE HARRIS** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv36-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **LESTER HERROD** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv40-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **BARBARA HOLMES** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv152-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **DEBBIE HUBBARD** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv29-MPM-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **LASHERRY IRBY** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv88-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **BOSTON LEON JOHNSON** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv41-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **CURTIS KINCAID** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv30-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |

| | |
|---|---|
| **JO ELLEN KINCAID** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv32-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **CHARLIE MACK** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv42-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **PRISCILLA MCAFEE** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv33-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **JOHN PARKER** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv43-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **BETTY J. PHILLIPS** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv97-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **MARY SINGLETON** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv31-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **JOHNNIE AND JERRY WILLIAMS** | **PLAINTIFFS** |
| versus | Civil Action No. 4:18cv35-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **EARLINE WILLIS** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv44-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |

## <u>ORDER AMENDING CMO</u>

The Court, having considered the current status of these cases, finds the Case

Management Order deadlines should be and are hereby amended as follows:

1) The dispositive and *Daubert* motions deadline as relates to general causation is now 5/12/19

with responses due 6 /12/19 and replies due 6/26/19.

2) The  specific causation deadlines are extended to 12/1/19 for all discovery (except of

designated experts), and on this date, all experts of the plaintiffs as relates to specific

causation shall be designated; plaintiffs' expert depositions shall be completed by 2/30/20;

defendants' designation of experts completed by 3/14/20; completion of defendants' experts

depositions no later than 5/14/20; and dispositive and/or *Daubert* motions due by 6/29/20,

responses 7/29/20, and replies 8/13/20.

SO ORDERED this, the 14th day of March, 2019.


/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE