UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **VIOLA ADAMS** | **PLAINTIFF** |
| versus | **Civil Action No. 4:18cv27-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **RAVEN BRADY, ET AL.** | **PLAINTIFFS** |
| versus | **Civil Action No. 4:18cv28-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **FRED BROWN** | **PLAINTIFF** |
| versus | **Civil Action No. 4:18cv37-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **JAMES CONLEY** | **PLAINTIFF** |
| versus | **Civil Action No. 4:18cv39-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **LADONNAL CURRY** | **PLAINTIFF** |
| versus | **Civil Action No. 4:18cv34-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **DENISE HARRIS** | **PLAINTIFF** |
| versus | **Civil Action No. 4:18cv36-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **LESTER HERROD** | **PLAINTIFF** |
| versus | **Civil Action No. 4:18cv40-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **BARBARA HOLMES** | **PLAINTIFF** |
| versus | **Civil Action No. 4:18cv152-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **DEBBIE HUBBARD** | **PLAINTIFF** |
| versus | **Civil Action No. 4:18cv29-MPM-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **LASHERRY IRBY** | **PLAINTIFF** |
| versus | **Civil Action No. 4:18cv88-DMB-JMV** |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |

| | |
|---|---|
| **BOSTON LEON JOHNSON** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv41-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **CURTIS KINCAID** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv30-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **JO ELLEN KINCAID** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv32-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **CHARLIE MACK** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv42-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **PRISCILLA MCAFEE** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv33-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **JOHN PARKER** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv43-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **BETTY J. PHILLIPS** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv97-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **MARY SINGLETON** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv31-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **JOHNNIE AND JERRY WILLIAMS** | **PLAINTIFFS** |
| versus | Civil Action No. 4:18cv35-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |
| | |
| **EARLINE WILLIS** | **PLAINTIFF** |
| versus | Civil Action No. 4:18cv44-DMB-JMV |
| **MERITOR, INC., ET AL.** | **DEFENDANTS** |

## **ORDER**

This matter is before the court following a telephonic status conference at which the court ordered and hereby memorializes the following directive to plaintiffs' counsel: Provide a

complete and accurate descriptive accounting of the settlement status of each and every Plaintiff's claim (property damage and/or personal injury, including wrongful death) no later than 5:00 PM Friday June 7, 2019. This should include a description of the status of any claim subject to third-party approval, anticipated impediments thereto and anticipated resolution date (s), if any.

SO ORDERED this 31st day of May, 2019.

/s/ Jane M. Virden
U. S. Magistrate Judge