# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **VIOLA ADAMS** vs. **MERITOR, INC., et al.** | Civil Action No.: 4:18-cv-27-DMB-JMV |
| **PRISCILLA MCAFEE** vs. **MERITOR, INC., et al.** | Civil Action No.: 4:18-cv-33-DMB-JMV |
| **JOHNNIE AND JERRY WILLIAMS** vs. **MERITOR, INC., et al.** | Civil Action No.: 4:18-cv-35-DMB-JMV |
| **CHARLIE MACK** vs. **MERITOR, INC., et al.** | Civil Action No.: 4:18-cv-42-DMB-JMV |

## ORDER

The Court having considered the current status of these cases finds the Case Management Order deadlines should be and are hereby amended and adopted as follows:

| | Event | Date |
|---|---|---|
| 1. | Deadline for Plaintiffs to file Amended Complaint | 2/10/20 |
| 2. | Deadline for Defendants to serve written discovery | 2/24/20 |
| 3. | Deadline to depose all remaining plaintiffs and any witnesses identified during those depositions | 5/20/20 |
| 4. | Plaintiffs' expert report deadline | 6/12/20 |
| 5. | Deadline to depose Plaintiffs' experts | 7/16/20 |
| 6. | Defendants' expert report deadline | 9/11/20 |
| 7. | Deadline to depose Defendants' experts | 10/26/20 |
| 8. | Summary Judgment and *Daubert*-type Motions deadline | 11/20/20 |
| 9. | Oppositions to Summary Judgment and *Daubert*-type Motions deadline | 12/28/20 |
| 10. | Replies in support of Summary Judgment and *Daubert*-type Motions deadline | 1/15/21 |
| 11. | Pretrial Statement Due | TBD |

| 12. | Final Pretrial | TBD |
|-----|----------------|-----|
| 13. | Trial | TBD |

In each of these cases, only one motion for summary judgment may be filed by the Meritor Defendants (Meritor, Inc., Rockwell Automation, Inc., and The Boeing Company) and only one motion for summary judgment may be filed by the plaintiffs in each case. Each summary judgment motion filed may not exceed a total of 12 pages, excluding exhibits. For any summary judgment motion filed in each case, the original and reply memorandum briefs together may not exceed a total of 50 pages. Any opposition memorandum may not exceed 50 pages.

SO ORDERED this 12th day of December, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE